# Third District Court of Appeal

## State of Florida

Opinion filed November 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D22-821 & 3D22-862
Lower Tribunal No. 21-27404
_____

**J.B. Hunt Transport, Inc., et al.,**
Appellants,

vs.

**Daylen Angel Bello, etc.,**
Appellee.

Appeals from a non-final order from the Circuit Court for Miami-Dade County, Vivianne Del Rio, Judge.

Fowler White Burnett, P.A., and Bruno Renda; Cole, Scott & Kissane, P.A., and Lissette Gonzalez, for appellants.

Pita Weber Del Prado, and H.K. Skip Pita; The Haggard Law Firm, P.A., and James C. Blecke, for appellee.

Before FERNANDEZ, C.J., and LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.